Dismissed and Memorandum Opinion filed June 30, 2005









Dismissed and Memorandum Opinion filed June 30, 2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00075-CV

____________

 

IN THE
INTEREST OF K.A.D.

 



 

On Appeal from the
313th District Court

 Harris County, Texas

Trial Court Cause
No. 03‑61976 

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed
January 21, 2004.

On June 15, 2005, the parties filed a
motion to dismiss the appeal in order to effectuate a compromise and settlement
agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

The parties have also jointly asked this
court to issue mandate immediately.  This
request is also granted.

Accordingly, the appeal is ordered
dismissed.  We order mandate to issue on
this date.

PER CURIAM

 

Judgment
rendered and Memorandum Opinion filed June 30, 2005.

Panel consists
of Justices Edelman, Seymore, and Guzman.